# Report Prisoner Data (No Middle Name)

| ID# | Last | First | Middle | FileDate | Judge | RecDate | Ofc | Year | cv | Num | Action | threeStrike |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1132734 | Fontanes | Ronald | | 01/13/2004 | 130 Judge Brinkema | 01/12/2004 | 1 | 04 | cv | 43 | 28:2254 | |
| 1132734 | Fontanes | Ronald | | 08/07/2009 | 130 Judge Brinkema | 08/05/2009 | 1 | 09 | cv | 922 | 28:2254 | |
| 1132734 | Fontanes | Ronald | | 11/15/2011 | 130 Judge Brinkema | 11/10/2011 | 1 | 11 | cv | 1263 | 42:1983pr | |
| 1132734 | Fontanes | Ronald | | 10/07/2014 | 130 Judge Brinkema | 09/30/2014 | | | cv | | 28:2254 | |